**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KIMBERLY CARLUCCI-DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NA<br><br>Defendants. | Case No. 2:21-CV-01441-MCE-JDP<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: 08/12/2021<br><br>Current Response Deadline: 10/11/2021<br>New Response Deadline: 11/08/2021 |

**ORDER**

Having reviewed and considered the parties Joint Stipulation To Extend Time To Respond To Initial Complaint Pursuant To L.R. 7-1, and good cause appearing for the same, IT IS HEREBY ORDERED that:

1. Defendant's time to file a responsive pleading in this action shall be extended by twenty-eight (28) days up to and including November 8, 2021.
2. This is the first extension of time to respond for Defendant.
3. This extension will not affect any other deadline in this case.

1   4. This stipulation is without prejudice to the rights, claims, arguments,
2   and defenses of all parties.
3   IT IS SO ORDERED.
4   Dated: October 20, 2021

*[Signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE